| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | MICHELLE LO (NYRN 4325163)<br>Chief, Civil Division |
| 3 | ELIZABETH D. KURLAN (CABN 255869)<br>Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7298
Facsimile: 415-436-6748
elizabeth.kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FARKHONDEH KHALILI-ARAGHI,<br><br>    Plaintiff,<br><br>    v.<br><br>RENA BITTER, Assistant Secretary of State, Bureau of Consular Affairs, U.S. Department of State, *et al.*,<br><br>    Defendants. | CASE NO. 3:23-cv-696-LB<br><br>**STIPULATION TO EXTENSION OF TIME FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>The Honorable Laurel Beeler |

Pursuant to Civil Local Rule 6-2, the parties to this action hereby stipulate to an extension of time for Defendants to file their motion for summary judgment, pursuant to the Court's immigration mandamus case procedural order. *See* Dkt. No. 4. Defendants will file their motion for summary judgment by July 14, 2023. The parties respectfully request that the Court grant their stipulation.

DATED: June 29, 2023                                    Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

---

[1] In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION
23-CV-696 LB                                            1

*s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney

*Attorneys for Defendants*

DATED: June 29, 2023

*s/ Joshua L. Goldstein*
JOSUA L. GOLDSTEIN
Goldstein Immigration Lawyers

*Attorney for Plaintiff*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Defendants will file their motion for summary judgment by July 14, 2023.

DATED: June 30, 2023

HON. LAUREL BEELER
United States Magistrate Judge